# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-2540
_____

DARIN CROWLEY,

    Appellant,

v.

LOCKHEED MARTIN
CORPORATION and RICKEY
ROMANINI,

    Appellees.

_____

On appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

September 16, 2022

PER CURIAM.

    AFFIRMED.

RAY, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Marie A. Mattox and Ashley N. Richardson of Marie A. Mattox, P.A., Tallahassee, for Appellant.

Joshua C. Carpenter of K&L Gates LLP, Miami, and Rosemary Alito of K&L Gates LLP, Newark, NJ, for Appellees.